LEON JEROME MARTIN
3500 RANDOLF AVE.
OAKLAND, CA 94602

IN PRO SE

FILED

FEB 2 6 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LEON JEROME MARTIN,

    Plaintiff,

vs.

CITY OF VALLEJ, et., al.,

    Defendant

Case No.: 2:14-CV-0554 JAM DAD (PS)

**CIVIL RIGHTS COMPLAINT PURSUNAT 42 U.S.C. SECTION 1983 AND DEMAND FOR JURY TRIAL**

### STATEMENT OF CLAIMS

On February 28, 2013 at approximately 12:30 a.m., Plaintiff Leon Jerome Martin was involved in a single car accident where his vehicle went through a wooden fence at North Camino Alto and Redwood Street in a backyard. While Plaintiff was in his vehicle attempting to back his vehicle out of the back yard, Defendant P. Messina #564, arrived in a marked Vallejo Police Vehicle. Messina ordered Plaintiff to turn off his vehicle and exit it. Plaintiff complied. Once Plaintiff exited his vehicle, without warning Messina deployed his taser into Plaintiff. Experiencing excruciating pain and paralysis Plaintiff fell motionless to the ground. While Plaintiff laid motionless Messina sprayed pepper spray into the Plaintiff's face causing Plaintiff additional burning pains to plaintiff eyes and skin. Messina then released a K-9 that bit Plaintiff in several parts of his body including his face. Messina then beat Plaintiff with a flashlight. Defendants T. Agustin #592, J. Huff #586 and J. Bauer #591 all kicked and punched Plaintiff while he lay motionless on the ground.

Plaintiff is associated with numerous Vallejo residents who have been subjected to excessive force by Vallejo Police Officers and Plaintiff will be seeking damages for Monell Claims due to the City of Vallejo longstanding practice, policy or custom of allowing Vallejo Police Officers to use excessive force.

At all times mentioned City of Vallejo, Vallejo Police Officer Defendants P. Messina #564, T. Agustin #592, J. Huff #586, J. Bauer #591 were employed as a Vallejo Police Officers and acting under the color of state law.

**RELIEF**

Plaintiff is seeking compensatory and punitive damages. He is also seeking damages for emotional distress and demands a jury trial. Therefore, Plaintiff will be requesting that the court allow him to litigate his claims under Federal law.

Signed_____day of January, 2014.

_____
PLAINTIFF

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Date 2-19-14

_Leon Martin_
DECLARANT