UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON JEROME MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VALLEJO, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-0554 JAM DAD PS<br><br><br>ORDER |

　　　Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

　　　On February 26, 2014, plaintiff filed a complaint along with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Dkt. No. 2.) On April 9, 2014, the undersigned denied plaintiff's request for leave to proceed in forma pauperis, without prejudice, because plaintiff failed to answer any of the questions asked on the in forma pauperis application, and dismissed plaintiff's complaint with leave to amend. (Dkt. No. 3.)

　　　On April 25, 2014, plaintiff filed an amended complaint. (Dkt. No. 4.) Plaintiff, however, has neither submitted a completed in forma pauperis application nor paid the required filing fee. This action cannot proceed unless and until plaintiff either pays the required filing fee or is granted leave to proceed in forma pauperis.

/////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order plaintiff shall either pay the required filing fee or submit a completed application to proceed in forma pauperis. Plaintiff is cautioned, however, that failure to comply with this order in a timely manner will result in a recommendation that this action be dismissed.

Dated: May 8, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\martin0554.ifp.form.ord.docx