UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON JEROME MARTIN,

    Plaintiff,

  v.

CITY OF VALLEJO, et al.,

    Defendants.

No. 2:14-cv-0554 JAM DAD PS

ORDER

    Plaintiff is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

    On February 26, 2014, plaintiff filed a complaint along with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Dkt. No. 2.) On April 9, 2014, the undersigned denied plaintiff's request for leave to proceed in forma pauperis, without prejudice, because plaintiff failed to answer any of the questions asked on the in forma pauperis application, and dismissed plaintiff's complaint with leave to amend. (Dkt. No. 3.) On April 25, 2014, plaintiff filed an amended complaint. (Dkt. No. 4.) On May 12, 2014, plaintiff filed a completed request for leave to proceed in forma pauperis. (Dkt. No. 7.)

    The undersigned finds that plaintiff's May 12, 2014, in forma pauperis application makes the showing required by the statute. Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's May 12, 2014 application to proceed in forma pauperis (Dkt. No. 7) is granted.

2. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, five USM-285 forms, a summons form, and an endorsed copy of plaintiff's amended complaint filed April 25, 2014. (Dkt. No. 4).

3. Within thirty (30) days after this order is served, plaintiff shall submit to the United States Marshal five properly completed USM-285 forms, five properly completed summons forms, and the number of copies of the endorsed complaint and of this order required by the United States Marshal; the required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to:  United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

4. Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which he submitted the required documents to the United States Marshal.  Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant without prepayment of costs.

6. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

Dated:  May 19, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\martin0554.ifp.serve.ord.docx

2