UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON JEROME MARTIN, | No. 2:14-cv-0554 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On February 20, 2015, the court denied in part and granted in part defendants' motion for reconsideration.[1] (Dkt. No. 45.) That order also directed defendants "to file a proposed stipulated protective order and serve of copy of that proposed stipulated protective order on the plaintiff." (Id. at 2.) On February 27, 2015, defendants filed a proposed stipulated protective order. (Dkt. No. 46.) Defendants, however, did not file a proof of service with that proposed protective order. Therefore, the court cannot determine if defendants have served a copy of the proposed stipulated protective order on the plaintiff.

/////

/////

/////

---

[1] The parties have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 21.)

1

1 | Accordingly, defendants shall file a proof of service of the proposed stipulated protective order on the plaintiff within 7 days of the date of this order.[2]

IT IS SO ORDERED.

Dated: April 2, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\martin0554.service.ord.docx

---

[2] If it appears from the proof of service filed by defendants that plaintiff had not previously been served with a copy of the proposed stipulated protective order, plaintiff shall have fourteen days after being served with a copy of defendants' proposed stipulated protective order to file objections, if any, to the defendants' proposed stipulated protective order.