1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEON JEROME MARTIN,                         No.  2:14-cv-0554 DAD PS

12                  Plaintiff,

13          v.                                    ORDER

14   CITY OF VALLEJO, et al.,

15                  Defendants.

16

17          On August 6, 2015, defendants filed an ex parte application for an order shortening time

18   for hearing of defendants' motion to quash a subpoena.  (Dkt. No. 68.)  Therein, defendants assert

19   that defense counsel received a subpoena from plaintiff's assistant requiring the appearance of

20   Vallejo Police Department Captain Lee Horton at the August 14, 2015 scheduled hearing on

21   plaintiff's motion to compel.  Defendants seek an order shortening time to hear defendants'

22   motion to quash that subpoena prior to the August 14, 2015 hearing of plaintiff's motion to

23   compel.  Plaintiff has filed an opposition to defendants' motion.  (Dkt. No. 70.)

24          The undersigned has reviewed the parties' papers submitted in connection with the motion

25   to quash the subpoena in question and does not require oral argument on that issue.  In short, the

26   court does not intend to hear witness testimony at the August 14, 2015 hearing of plaintiff's

27   motion to compel.  In the unlikely event that, after considering the parties' briefing and oral

28   arguments on the motion to compel, the court determines that the taking of testimony would be

1  helpful in resolving that motion, the court will reconsider whether requiring Captain Horton's

2  appearance at a later evidentiary hearing would be appropriate.

3          Accordingly, IT IS HEREBY ORDERED that:

4      1.  Defendants' August 6, 2015 motions for an order shortening time and to quash

5          subpoena (Dkt. No. 68) is granted; and

6      2.  Vallejo Police Department Captain Lee Horton need not appear at the August 14, 2015

7          hearing of plaintiff's motion to compel.

8  Dated:  August 10, 2015

9

10         *Dale A. Drozd*
           _____
11         DALE A. DROZD
           UNITED STATES MAGISTRATE JUDGE

12

13

14  DAD:6
    Ddad1\orders.consent\martin0554.ord.shoten.den.docx

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2