UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON JEROME MARTIN, | No. 2:14-cv-0554 AC PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On November 6, 2016, this matter was temporarily reassigned from the previously assigned Magistrate Judge to the undersigned.[1] ECF No. 101. In the interest of judicial efficiency, the court has elected to have this matter permanently assigned to the undersigned. Accordingly, the Clerk of the Court is directed to remove the "TEMP" and "DAD" case flags from this action.

IT IS SO ORDERED.

DATED: May 11, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). ECF No. 21.