1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEON JEROME MARTIN,                          No.  2:14-cv-0554 AC PS (TEMP)

12                   Plaintiff,

13          v.                                      ORDER

14    CITY OF VALLEJO, et al.,

15                   Defendants.

16

17          On May 12, 2016, the court issued an order setting this matter for trial beginning on

18    September 6, 2016.[1]  ECF No. 104.  However, on May 24, 2016, defendant Messina filed an

19    application requesting that the trial be reset until after October 10, 2016, due to defendant

20    Messina's unavailability prior to that date.  ECF No. 105

21          Good cause appearing, IT IS HEREBY ORDERED that:

22          1.  The Final Pretrial Conference set for June 22, 2016 is continued to **August 17, 2016 at**

23    **10:00 a.m.** in courtroom no. 26 before the undersigned.  The parties are cautioned that any

24    counsel appearing for Final Pretrial Conference shall in fact try the matter; and

25    /////

26    /////

27

28
      ---
      [1]  The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28
      U.S.C. § 636(c)(1).  ECF No. 21.

                                                  1

1    2. The jury trial set for September 6, 2016 is continued to **October 17, 2016 at 9:00 a.m.**

2    in courtroom no. 26 before the undersigned.

3    DATED: June 7, 2016

4    _____
     ALLISON CLAIRE

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28