UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON JEROME MARTIN, | No. 2:14-cv-0554 AC PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

This matter came before the court on June 22, 2016, for the hearing of plaintiff's motion for reconsideration.[1] Assistant City Attorney Kelly Trujillo appeared on behalf of the defendants. Plaintiff Leon Jerome Martin appeared on his own behalf.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's May 26, 2016 motion for reconsideration (ECF No. 107) is granted; and

2. Plaintiff's October 7, 2015 motion to quash (ECF No. 95) is denied.

DATED: June 22, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). ECF No. 21.

1