UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON JEROME MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VALLEJO, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-0554 AC (PS)<br><br><br><br>ORDER |

　　　　On April 3, 2015, the court ordered the plaintiff and defendants to file Pretrial Statements. ECF No. 52. Plaintiff failed to file a Pretrial Statement within the time allotted (as did defendants). On August 4, 2016, the court against ordered plaintiff and defendants to file Pretrial Statements. ECF No. 112. Plaintiff has again failed to file a Pretrial Statement within the time allotted.

　　　　Therefore, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall file his Pretrial Statement no later than August 17, 2016 at 3:30 p.m. The Pretrial Statement shall contain the information set forth at E.D. Cal. R. ("Local Rule") 281(b). Plaintiff may use the defendant's Pretrial Statement (ECF No. 113) as a model; his own Pretrial Statement may simply respond to each item contained in defendant's Statement;

　　　　2. The Pretrial Scheduling Conference, currently scheduled for August 17, 2016, is CONTINUED to August 24, 2017; and

1

3. The court understands the difficulty plaintiff may have as a pro se litigant. However, plaintiff may not continue to ignore the orders of this court, leaving the case in limbo. Therefore, if plaintiff fails to comply with this order, the court is prepared to vacate the pretrial and trial dates, and to dismiss this action for lack of prosecution.

DATED: August 11, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2