UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON JEROME MARTIN, | No. 2:14-cv-0554 AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that, pursuant to the stipulation signed by all remaining parties (ECF No. 124), this action be and is hereby dismissed with prejudice under Fed. R. Civ. P. 41(a)(2).

DATED: November 14, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE